UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dominique Olive,

    Plaintiff,

v.                                                     Civil Case No. 19-10340

Washtenaw County Jail, *et al.*,           Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DENYING
## MOTION FOR APPOINTMENT OF COUNSEL

Acting *pro se*, Plaintiff Dominique Olive filed this civil action against Defendants seeking "10 million for failure to protection [sic] by Washtenaw County and physical assault by inmate on my enemy list (Deliberate indifference) that caused 5 stitches in my left thumb." (ECF No. 1 at 5). The matter is currently before the Court on Plaintiff's motion asking the Court to appoint counsel for him in this case. (ECF No. 17).

There is no constitutional right to the appointment of counsel in civil cases and the Court has broad discretion in determining whether counsel should be appointed. *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987).

In the instant case, after examination of the facts and claims presented, the Court finds that the interests of justice do not require appointment of counsel at this time. Accordingly, it is ORDERED that Plaintiffs motion for appoint of counsel is DENIED.

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: October 21, 2019