UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIQUE OLIVE,

    Plaintiff,

v.

DAVID RONALD WILKERSON, *et al*,

    Defendants.
_____/

Case No. 19-10340

Stephanie Dawkins Davis
United States District Judge

## OPINION AND ORDER MODIFYING THE MAGISTRATE JUDGE'S JUNE 30, 2020 REPORT AND RECOMMENDATION (ECF No. 47)

Currently before the Court is Magistrate Judge Elizabeth A. Stafford's June 30, 2020 Report and Recommendation. (ECF No. 47). Magistrate Judge Stafford recommends dismissing the complaint with prejudice for failure to prosecute. The address on file with the court is the address all documents, including the report and recommendation, were sent to. The report and recommendation was returned as undeliverable. (ECF No. 49). Plaintiff apparently provided the incorrect address to the court. (ECF No. 25). After the report and recommendation was filed and mailed to plaintiff at the address provided, the court learned that plaintiff contacted the court to correct an error in the address on file with the court. However, plaintiff did not file a written notice of change of address with the court to correct

the error, which is required to effectively change his address with the court.

**Plaintiff has 14 days from entry of this Order to properly modify his address of record with the court or face DISMISSAL of his complaint**. Therefore, the Court **MODIFIES** the Magistrate Judge's Report and Recommendation (ECF No. 47) to allow for the time stated above to formally modify plaintiff's address and holds the recommendation to dismiss in abeyance.

    **IT IS SO ORDERED**.

Date: August 24, 2020

    s/Stephanie Dawkins Davis
    Stephanie Dawkins Davis
    United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 24, 2020, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record and I mailed by United States Postal Service to the following non-ECF participant: Dominique Olive, P.O. Box 971163, Ypsilanti, MI 48197.

    s/Tammy Hallwood
    Case Manager
    (810) 341-7887
    tammy_hallwood@mied.uscourts.gov